41850. ORGANIC CHEMICAL CORPORATION et al.
v. EDGEMAN.
(330 SE2d 596)

PER CURIAM.

After plenary consideration of the matter, it is found not to satisfy the criteria for the grant of certiorari, and the writ is therefore vacated.

*All the Justices concur.*

DECIDED APRIL 2, 1985 —
REHEARING DENIED APRIL 16, 1985.

*Cone, Shivers & Presmanes, Donald M. Shivers, Neely & Player, Andrew J. Hamilton, Gwendolyn R. Tyre,* for appellants.
*Harris, Hartman, Aaron & Townley, Robert A. Wharton, Jr., Don L. Hartman,* for appellee.